IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHNNY LEWIS,

    Plaintiff,

    vs.                                                  Civ. No. 24-706 KK/SCY

CHEVRON USA INC. and PATTERSON UTI
MANAGEMENT SERVICES LLC,

    Defendants.

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT AND CITIZENSHIP DISCLOSURE STATEMENT

Federal Rule of Procedure 7.1 requires every nongovernmental corporate party to file a statement that: "(A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation." Fed. R. Civ. P. 7.1(a)(1).

This rule also requires every party to file a disclosure statement as to its own citizenship. See Fed. R. Civ. P. 7.1(a)(2) ("In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name -- and identify the citizenship of -- every individual or entity whose citizenship is attributed to that party or intervenor: when the action is filed in or removed to federal court.").

These disclosures are due "with [the party's] first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1). Defendant Patterson UTI Management Services LLC is a nongovernmental corporate party who filed a motion to dismiss on January 9, 2025 but has not filed a corporate disclosure statement or a citizenship disclosure statement. Doc. 14.

IT IS HEREBY ORDERED that Defendant Patterson UTI Management Services LLC file a corporate disclosure statement and a corporate citizenship statement that fully complies with Rule 7.1 no later than February 19, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE